**FILED
CLERK**

7/30/2019 8:40 am

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

EDUARDO W. GUEVARA,

                         Plaintiff,

     -against-

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**STIPULATION AND ORDER
REGARDING ATTORNEY'S FEES**

Civil Action
CV-18-0235 (ADS)

       IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff, EDUARDO W. GUEVARA, and counsel for Defendant, COMMISSIONER OF SOCIAL SECURITY, that Plaintiff is awarded $6,700.00 (Six Thousand Seven Hundred Dollars and Zero Cents) in attorney fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, in full satisfaction of any claim under that statute for this case. Payment of fees may be made directly to Plaintiff's attorney pursuant to his assignment, provided that Plaintiff

owes no debt that is subject to offset under the Treasury Offset Program.

Dated: New York, New York
     February 13, 2019

*/s/ Daniel A. Osborn*
Daniel Adam Osborn
Osborn Law. P.C.
43 West 43rd Street
Suite 131
New York, NY 10036
212-725-9800
Email: dosborn@osbornlawpc.com

Dated: Central Islip, New York
     February 14, 2019

RICHARD P. DONOGHUE
United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

  /s/  Megan J. Freismuth
Megan J. Freismuth
Assistant U. S. Attorney
(631) 715-7905
Megan.freismuth@usdoj.gov

SO ORDERED:

    /s/ Arthur D. Spatt                                July 30, 2019
Honorable Arthur D. Spatt                      Date
United States District Judge